3738-30100

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE PIERCE** | **CIVIL ACTION: 3:23-cv-1350** |
| **VERSUS** | **JUDGE:** |
| **AMERICAN SECURITY INSUARNCE COMPANY** | **MAG. JUDGE:** |

## NOTICE OF REMOVAL

TO: The Judges of the United States District Court
for the Middle District of Louisiana

PLEASE TAKE NOTICE that defendant, American Security Insurance Company ("American Security"), *by and through its attorneys*, Salley, Hite, Mercer & Resor, LLC, hereby petitions the United States District Court for the Middle District of Louisiana for removal of this case to the District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Defendant, by and through its undersigned counsel, states the following upon information and belief:

1. This case is presently pending in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, Civil Action No. 86,622, Division "A." The territory assigned to the United States District Court for the Middle District of Louisiana under 28 U.S.C. §98(c) embraces Iberville Parish.

2. The original Notice of Removal was filed within 30 days after receipt by American Security, through service or otherwise, a copy of Plaintiff's Petition for Damages, which was filed on August 28, 2023, and served upon American Security via the Louisiana Secretary of State, as

its registered agent on September 1, 2023, and indicating that this matter was removable. *See*: Notice of Service issued by the Clerk of Court for the 18h Judicial District Court for the Parish of Iberville, attached hereto as Exhibit "A." Therefore, this Notice of Removal is timely pursuant to both identically filed Petitions.

    3.    Complete diversity exists along with the requisite amount in controversy, which under 28 U.S.C. §1332 grants this Court subject matter jurisdiction over this claim. More particularly, in the Petition for Damages, attached hereto as Exhibit "B," while not stating a formal monetary demand, alleges that on August 29, 2021, as a result of Hurricane Ida, her property located at 58255 Bayou Road, in Plaquemine, Louisiana "suffered extensive damage from the devastating winds." *See*: Exhibit B, Paragraphs 4- 6. Plaintiff alleges that she has further suffered "emotional stress." *See*: Exhibit B, Paragraph 11. Plaintiff alleges that pursuant to LA R.S. 22:1973 she is entitled to damages due to breach of contract, including special and general damages, and, in addition, American Security is liable for additional penalties of either two times the amount of damages sustained as a result of the breach or five thousand dollars, whichever is greater. *See*: Exhibit B, Paragraphs 12-15. Plaintiff further alleges that pursuant to LA R.S. 22:1892, American Security is subject to penalties for the amount of the loss, and the additional penalty of either fifty percent damages of the amount owed to the insured, along with reasonable attorney fees, or two thousand five hundred dollars, whichever is greater. *See*: Exhibit B, Paragraphs 16-19.

    4.    American Security issued Residential Dwelling Certificate no. MLR21149783572 to PHH Mortgage Services, with coverage for insured property located at 58255 Bayou Road, Plaquemine, Louisiana 70764, according to its terms (Exhibit C) Policy limits are $60,253 for

covered damages sustained to the insured dwelling, and $6,023 for covered damages to insured other structures.

5. Accordingly, even though American Security disputes plaintiff's entitlement to any penalties, actual damages, or attorney's fees under any circumstances under the subject policy, such allegations as to damages are to be included in determining the amount in controversy, therefore, assuming such claims, the amount in controversy requirement of 28 U.S.C. § 1332 is clearly satisfied.

6. According to the Petition for Damages, Plaintiff, Katherine Pierce, is a domiciliary of Iberville Parish, State of Louisiana. *See*: Exhibit B, Paragraph 1.

7. The Petition for Damages simply alleges that American Security operates as an insurer in Louisiana. *See*: Exhibit B, Paragraph 2. American Security was an is a Delaware corporation with its principal place of business in Georgia at the time plaintiff filed this lawsuit and at the time of removal.

8. Complete diversity of citizenship therefore exists.

9. Simultaneously with the filing of this Notice, American Security served the Notice of Removal on the Plaintiff and filed same with the Clerk of the state court in the 18th Judicial District Court for the Parish of Iberville.

WHEREFORE, defendant, American Security Insurance Company, respectfully prays that this Notice of Removal be deemed good and sufficient as required by law, and the above captioned matters be removed from the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, to the United States District Court for the Middle District of Louisiana, and that this Court have and assume full and complete jurisdiction therefore issuing all necessary orders and

granting all general and equitable relief to which Mover is entitled, and that all further proceedings in the state court be discontinued.

                                                Respectfully submitted,

*/s/ A. Jacob Culotta, Jr.*
DAVID P. SALLEY (#19770)
A. JACOB CULOTTA, JR. (#26856)
MATTHEW F. GREENE (#39897)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel: 504.566.8800
Fax: 504.321-6508
Email: dsalley@shmrlaw.com
Email: jculotta@shmrlaw.com
Email: mgreene@shmrlaw.com

Counsel for American Security Insurance Company

**CERTIFCATE OF SERVICE**

      I hereby certify that on the 22nd day of September, 2023, I electronically filed the foregoing with the Clerk of Court through the CM/ECF system which will send a notice of electronic filing to all persons electronically noticed. I further certify that I mailed the foregoing Notice of Removal with Exhibits to:

> Ravi Sangisetty
> William Boyles
> Amanda Olmsted
> Sangisetty Law Firm
> 3914 Canal Street
> New Orleans, Louisiana 70119
> rks@sangisettylaw.com
> william@sangisettylaw.com
> amanda@sangisettylaw.com

Attorneys for Plaintiff, Katherine Pierce.

                              */s/ A. Jacob Culotta, Jr.*
                               A. Jacob Culotta, Jr.